**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 469 MAL 2023

          Respondent                    :

                                         :    Petition for Allowance of Appeal

                                         :    from the Order of the Superior Court

          v.                             :

                                         :

FALEEF AKEEM CALDWELL,            :

                                         :

          Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.